Decided April 11, 2001

**STATE OF CONNECTICUT *v.* KATHY RIVERA**

The defendant's petition for certification for appeal from the Appellate Court, 61 Conn. App. 763 (AC 18695), is denied.

901

*Brian J. Woolf*, in support of the petition.

*Robert M. Spector*, deputy assistant state's attorney, in opposition.

Decided April 11, 2001